No. 72.   TELEFILM, INC. *v.* SUPERIOR COURT OF CALIFORNIA, IN AND FOR THE COUNTY OF LOS ANGELES, ET AL. On petition for writ of certiorari to the Supreme Court of California.   September 16, 1949.   Dismissed in vacation pursuant to Rule 35 of the Rules of this Court. *Joseph L. Lewinson* for petitioner.   *Harold W. Kennedy* and *Eugene D. Williams* for respondents.

OCTOBER 10, 1949.

*Per Curiam Decisions.*

No. 89.   EASTERN STEAMSHIP LINES, INC. *v.* MULLIGAN, PUBLIC ADMINISTRATOR.

*Per Curiam:* The petition for writ of certiorari is granted.   The judgment of the Court of Appeals is vacated and the case is remanded to that court for disposition in the light of *Cosmopolitan Shipping Co.* v. *McAllister,* 337 U. S. 783.   *Arthur M. Boal* for petitioner.   *George J. Engelman* for respondent.